# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBLES PALACIOS,<br><br>        Petitioner,<br><br>    v.<br><br>T. FELKER, Warden,<br><br>        Respondent. | Case No. CV 07-4470-RGK (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: MAR 20 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE